```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DELMAR LAGRIMAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Cr.S. 09-0206 GEB |
| ) | |
| v.  ) | ORDER TO SEAL SENTENCING |
| ) | MEMORANDUM AND DECLARATION OF |
| ) | BENJAMIN D. GALLOWAY |
| ) | |
| DELMAR LAGRIMAS, ) | Date: January 21, 2011 |
| Defendant. ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Garland E. Burrell, Jr. |

   IT IS HEREBY ORDERED that the Request to Seal be granted and that the documents and the request be filed under seal, permitting Assistant United States Attorney Daniel McConkie access to these documents unless otherwise ordered by this Court at a later time.

Dated:   January 21, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge