HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DELMAR LAGRIMAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>DELMAR LAGRIMAS,<br><br>            Defendant. | No. Cr. 09-206 GEB<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable GARLAND E. BURRELL, JR. |

Defendant, DELMAR LAGRIMAS, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.    Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.    On January 21, 2011, this Court sentenced Mr. Lagrimas to a term of 98 months imprisonment;

3.    His total offense level was 33, and his criminal history category was III; this Court departed to criminal history category II at sentencing, to arrive at an applicable guideline range of 168 to 210 months, and on government motion granted a further reduction;

4. The sentencing range applicable to Mr. Lagrimas was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Lagrimas' total offense level has been reduced from 33 to 31, his amended guideline range is 135 to 168 months, and a reduction comparable to the one received at the initial sentencing would produce a term of 87 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Lagrimas' term of imprisonment to a total term of 87 months.

7. In light of the parties' stipulation, the noticed motion filed April 22, 2015, is withdrawn.

Respectfully submitted,

Dated:  April 23, 2015

BENJAMIN B. WAGNER
United States Attorney


 /s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   April 23, 2015

HEATHER E. WILLIAMS
Federal Defender


 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
DELMAR LAGRIMAS

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Lagrimas entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 135 to 168 months.  A reduction comparable to the one received at the initial sentencing is limited to a term of 87 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in January 2011 is reduced to a term of 87 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Lagrimas shall report to the United States Probation Office within seventy-two hours after his release.

The noticed motion having been withdrawn, the hearing set for May 8, 2015 is VACATED.

Dated:  April 23, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge